UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 05 452 ML

RHODE ISLAND SHEET METAL WORKERS LOCAL NO. 17 ANNUITY FUND :
:
VS. : C.A. NO. __________
:
:
AIRPRO MECHANICAL :

**COMPLAINT**

**PARTIES**

1. Plaintiff, Rhode Island Sheet Metal Workers Local No. 17 Annuity Fund (hereinafter "Annuity Fund") is a Defined Contribution Pension Plan, as defined in § 401 of the Internal Revenue Code.

2. Defendant Airpro Mechanical (hereinafter "Airpro"), with offices at 404 Wampanoag Trail, East Providence, Rhode Island 02915 is a sheet metal contractor working in the Rhode Island construction industry.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction pursuant to 29 U.S.C. § 1132.

4. Venue is proper pursuant to 28 U.S.C. § 1391.

**FACTUAL BACKGROUND**

5. Sheet Metal Workers Local No. 17 (hereinafter "Union" or "Local No. 17") is a labor union located at 175 Ridge Street, Providence, Rhode Island 02920 representing sheet metal workers employed in the State of Rhode Island.

6. The Rhode Island Sheet Metal Contractors Association (hereinafter "Association") is an association of sheet metal contractors that employ sheet metal workers in the State of Rhode Island.

7. Airpro is a member of the Association.

8. The Association negotiates with Local No. 17 on behalf of its members.

9. The Association, on behalf of its member contractors, entered into a Collective Bargaining Agreement (hereinafter "Agreement" or "CBA") with Local No. 17 on July 1, 2003 which establishes the terms and conditions of employment for the parties through June 30, 2007.

10. As a member of the Association, Airpro is bound by the terms and conditions of the Agreement when employing members of Local No. 17 in Rhode Island.

11. Airpro employed Local No. 17 members during the months of May 2005, June 2005, and July 2005.

12. Pursuant to Paragraph No. 2 (B)(3)(c) of the Addenda to the CBA, Airpro was required to make contributions to the Annuity Fund on behalf of its Local No. 17 employees employed during the months May 2005, June 2005, and July 2005.

13. Article VIII, Section 2(a) of the CBA requires that Airpro make payments to the Annuity Fund on or before the twentieth (20) day of the succeeding month and that payments shall be remitted to the Sheet Metal Workers Local Union No. 17 Funds Office, 200 Midway Road, Suite 169, Cranston, RI 02920. Said Article also states that delinquent contractors shall bear the cost for all attorney's fees, sheriff's fees, accounting, court costs and any other cost involved to collect delinquent payments from an Employer.

14. Pursuant to Article VIII, Section 2(b)(4) of the CBA, any legal fees or costs incurred in the collection of said delinquent funds will become the responsibility of the offending Employer.

15. Pursuant to Paragraph No. 2(B)(3)(c) of the Addenda to the CBA, each employer shall pay to the Annuity Fund three dollars and sixty cents ($3.60) per hour for all hours worked by members of Local No. 17.

16. Article IV, Section 4.2 of the Rhode Island Sheet Metal Workers Local No. 17 and Sheet Metal Contractors Association of Rhode Island Annuity Income Fund Plan Document (hereinafter "Trust Document") requires each employer to pay amounts owed to the Annuity Fund on a monthly basis.

17. Section 515 of the Employee Retirement Income Security Act of 1974, as amended, (hereinafter "ERISA"), requires employers who are obligated to make contributions to multi-employer plans under the terms of the plan or agreement to make such contributions on a timely basis.

18. Section 502(g)(2) of ERISA provides that if a delinquent contribution remains unpaid, and the Fund is compelled to commence a judicial action to recover the delinquency, the Court is required to award the Fund:

(a) the amount of the unpaid contributions;
(b) interest on the unpaid contributions;
(c) damages equal to the greater of (1) the interest on the unpaid contribution (i.e., "double" interest); or (2) liquidated damages in an amount not in excess of twenty percent of the unpaid contributions;
(d) court costs, attorneys' fees and other costs; and
(e) such other relief as the court may deem proper.

19. Airpro failed to contribute the sum of $9,916.12 to the Annuity Fund for work performed by its Local No. 17 employees for the month of May 2005.

20. Airpro failed to contribute the sum of $9,373.54 to the Annuity Fund for work performed by its Local No. 17 employees for the month of June 2005.

21. Airpro failed to contribute the sum of $7,671.70 to the Annuity Fund for work performed by its Local No. 17 employees for the month of July 2005.

**COUNT ONE**
**(Breach of Contract)**

22. Plaintiff reasserts the allegations contained in paragraphs 1 through 21 above as if fully set forth herein.

23. Airpro's failure to pay monies owed to the Annuity Fund constitutes a breach of the CBA and the Trust Document.

24. Airpro is liable to Plaintiff for the total unpaid contribution, interest, damages, court costs and attorneys' fees resulting from said failure to pay.

**COUNT TWO**
**(Violation of ERISA)**

25. Plaintiff reasserts the allegations contained in paragraphs 1 through 24 above as if fully set forth herein.

26. Airpro's failure to pay monies owed to the Annuity Fund constitutes a violation of Section 515 of ERISA.

27. Airpro is liable to Plaintiff for the total unpaid contribution, interest, damages, court costs and attorneys' fees resulting from said failure to pay.

**WHEREFORE**, Plaintiff, Rhode Island Sheet Metal Workers Local No. 17 Annuity Fund requests judgment against Defendant, Airpro Mechanical as follows:

1. payment of $26,961.36 to the Annuity Fund, representing unpaid contributions for the months of May 2005, June 2005, and July 2005;
2. interest on the unpaid contributions;
3. damages equal to the greater of (1) the interest on the unpaid contributions (i.e., "double" interest); or (2) liquidated damages equal to twenty percent of the unpaid contribution;
4. court costs, attorneys' fees and other costs; and
5. such other relief as the court may deem proper.

RHODE ISLAND SHEET METAL WORKERS
LOCAL #17 ANNUITY FUND

By its Attorneys,

David D. Barricelli (#4763)
**Hinckley, Allen & Snyder LLP**
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: October 27, 2005