UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Rhode Island Sheet Metal
Workers Local No. 17 Annuity Fund

vs. C.A. NO. 05-452ML

Airpro Mechanical

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
November 1, 2005

Entered as an Order of this Court on November 1, 2005.

Barbara Barletta
Deputy Clerk