AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

RHODE ISLAND SHEET METAL WORKERS
LOCAL NO. 17 ANNUITY FUND

V.

AIRPRO MECHANICAL

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 452 ML

TO: (Name and address of defendant)

Airpro Mechanical
404 Wampanoag Trail
East Providence, RI 02915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David D. Barricelli, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10-27-05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10-28-05 |
| NAME OF SERVER *(PRINT)* Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other *(specify)*: To an Agent Authorized by appointment or by law to receive Service of process on behalf of defendant, Namely Kim Roderick, Receptionist.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/28/05 At 11:08AM
Date

[signature]
Signature of Server

16 Cornell Ave
Rumford, R.I. 02916
Address of Server

DISTRICT OF RHODE ISLAND
7 - NOV 2005

Kim Roderick

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.