05-167

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND SHEET METAL
LOCAL 17 ANNUITY FUND

VS C. A. NO. 05 452ML

AIRPRO MECHANICAL

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

The defendant, Airpro Mechanical, for answer to plaintiff's complaint hereby states as follows:

FIRST DEFENSE

Defendant neither admits nor denies the allegations contained in paragraphs 1, 17 and 18.

Defendant admits the allegations contained in paragraph 2.

Defendant denies the allegations contained in paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20 and 21.

COUNT ONE

Said defendant hereby incorporates by reference its answers to paragraphs 1 through 21.

Said defendant denies the allegations contained in paragraphs 22, 23 and 24.

COUNT TWO

Said defendant hereby incorporates by reference its answers to paragraphs 1 through 24.

**Said defendant denies the allegations contained in paragraphs 25, 26 and 27.**

## SECOND DEFENSE

**Plaintiff's complaint fails to state a claim upon which relief may be granted in that the defendant has no legal obligation to the plaintiff.**

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123
e-mail: jlaterra@kprlaw.com

**To:** **David D. Barricelli, Esq.**
**HINCKLEY ALLEN & SNYDER LLP**
**1500 Fleet Center**
**Providence, RI 02903**

**I hereby certify I mailed a copy of the within to counsel of record listed above.**

**Dated: November 3, 2005**