05-167

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND SHEET METAL
LOCAL 17 ANNUITY FUND

VS C. A. NO. 05 452ML

AIRPRO MECHANICAL

**NOTICE OF RECEIVERSHIP**

Now comes the defendant, Airpro Mechanical Company, Inc. in the above matter and hereby gives notice that it has filed receivership proceedings in the Providence Superior Court.

Giovanni La Terra Bellina #6070
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123
e-mail: jlaterra@kprlaw.com

To: David D. Barricelli, Esq.
HINCKLEY ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903

I hereby certify I mailed a copy of the within to counsel of record listed above.

Dated: February 24, 2006