STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

Steven Caldarone and :
Mark Valois :
Plaintiffs :
:
vs. : C.A. NO. 06-456
:
Airpro Mechanical Company, Inc. :
Defendant :

**ORDER APPOINTING TEMPORARY RECEIVER**

This cause came on to be heard upon the Plaintiff's Petition for Appointment of a Receiver and, upon consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED**

1. That Richard S. Mittleman, Esquire, of Providence, Rhode Island be and hereby is appointed Temporary Receiver (the "Receiver") of the Defendant.

2. That said Receiver shall, no later than five (5) days from the date hereof, file a bond in the sum of $ 10,000 with any surety company authorized to do business in the State of Rhode Island as surety thereon, conditioned that the Receiver will well and truly perform the duties of said office and duly account for all monies and property which may come into the Receiver's hands and abide by and perform all things which the Receiver will be directed to do by this Court.

3. That said Receiver is authorized to take possession and charge of the property and assets of the Defendant, to collect the debts and property belonging to it and to preserve the same until further Order of this Court.

4. That said Receiver is authorized until further Order of this Court, in the Receiver's discretion and as said Receiver deems appropriate and advisable, to conduct the business of said Defendant, to borrow money from time to time, to purchase for cash or upon credit, merchandise, materials and other property, to engage employees and to pay said employees, in the usual course of business, and to do and perform or cause to be done and performed all other acts and things as are appropriate in the premises. Said Receiver shall obtain authorization from this Honorable Court before retaining accountants, business consultants, appraisers and special counsel. All disbursements by the Receiver shall be itemized in detail in the Receiver's Reports to the Court and all disbursements to accountants, business consultants, appraisers and special counsel shall

A copy. Attest:

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2006 JAN 31 A 9:58

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

be subject to approval by the Court. The Receiver and the law firm of which the Receiver is a member are hereby engaged as general counsel to said Receiver.

5. That the commencement, prosecution, or continuance of the prosecution, of any action, suit, arbitration proceeding, hearing, or any foreclosure, reclamation or repossession proceeding, both judicial and non-judicial, or any other proceeding, in law, or in equity or under any statute, or otherwise, against said Defendant or any of its property, in any Court, agency, tribunal, or elsewhere, or before any arbitrator, or otherwise by any creditor, stockholder, corporation, partnership or any other person, or the levy of any attachment, execution or other process upon or against any property of said Defendant, or the taking or attempting to take into possession any property in the possession of the Defendant or of which the Defendant has the right to possession, or the cancellation at any time during the Receivership proceeding herein of any insurance policy, lease or other contract with Defendant, by any of such parties as aforesaid, other than the Receiver designated as aforesaid, or the termination of telephone, electric, gas or other utility service to Defendant, by any public utility, without prior approval thereof from this Honorable Court, in which connection said Receiver shall be entitled to prior notice and an opportunity to be heard, are hereby restrained and enjoined until further Order of this Court.

6. That a Citation be issued to said Defendant, returnable to the Superior Court sitting at Providence, Rhode Island on Feb 21, 2006, at 9:30 a.m. at which time and place this cause is set down for Hearing on the prayer for the Appointment of a Permanent Receiver; that the Clerk of this Court shall give Notice of the pendency of the Petition herein by publishing this Order Appointing Temporary Receiver once in The Providence Journal on or before Feb. 7, 2006, so long as the Receiver's Bond has been filed, and the Receiver shall give further notice by mailing, on or before Feb. 14, 2006, a copy of said Order Appointing Temporary Receiver to each of Defendant's creditors and stockholders whose address is known or may become known to the Receiver.

ENTERED as an Order of this Court this 31st day of January, 2006.

ENTER: [signature]

BY ORDER: AnnMarie DeCosta
Deputy Clerk 1-31-06

G:\ljg\Airpro\Ortertem.DOC

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 JAN 31 A 9:53