UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND SHEET METAL WORKERS LOCAL 17 ANNUITY FUND | : | |
| v. | : | C.A. No. 05-452S |
| AIRPRO MECHANICAL | : | |

**ORDER**

This is an action under ERISA to collect delinquent annuity fund contributions from a sheet metal contractor. On February 24, 2006, Defendant Airpro Mechanical Company, Inc. filed a Notice of Receivership (Document No. 7) in this action and a copy of a receivership order entered in Providence County Superior Court on January 31, 2006. Caldarone v. Airpro, C.A. No. PC06-456. Based on the pendency of receivership proceedings, Defendant's counsel by letter dated February 24, 2006 requested that all matters before this Court be stayed while the receivership is pending. Plaintiff's counsel by letter dated February 24, 2006 indicated he had no objection to a stay being entered in this matter.

Accordingly, this matter is hereby STAYED pending resolution of the receivership action or until Plaintiff is granted relief from the Receiver to prosecute this action. Counsel shall report on the status of this matter on May 31, 2006 and every ninety days thereafter until this matter is resolved or this STAY is lifted by the Court.

LINCOLN D. ALMOND
United States Magistrate Judge
March 1, 2006