UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND SHEET METAL WORKERS LOCAL NO. 17 ANNUITY FUND | : | |
| VS. | : | C.A. NO. 05-452S |
| AIRPRO MECHANICAL | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE STIPULATION**

Thomas D. Goldberg, Esq. hereby enters his appearance on behalf of the Plaintiff.

Thomas D. Goldberg (#2076)
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
(401) 728-1510
(401) 725-3355 (Facsimile)

DATED: April _____, 2006

David D. Barricelli hereby withdraws his appearance on behalf of the Plaintiff.

David D. Barricelli (#4763)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Facsimile)

DATED: April _____, 2006

**CERTIFICATION**

TO:

Giovanni La Terra Bellina, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

I certify that I mailed a true and accurate copy of the within Entry and Withdrawal of Appearance to counsel of record, as set forth above, on April 26th, 2006.

[signature]