**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND SHEET METAL
WORKERS LOCAL NO. 17 ANNUITY FUND

VS. C.A. NO. 05-452S

AIRPRO MECHANICAL

**ENTRY OF APPEARANCE**

I, Thomas C. Plunkett, hereby enter my appearance as attorney for the defendant, Airpro Mechanical.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
***e-mail:*** ***tplunkett@kprlaw.com***

Notice will be electronically mailed to:

Thomas D. Goldberg rgoldberg@goldberglawoffices.com
Thomas C. Plunkett tplunkett@kprlaw.com