11/6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
NOV 09 2007
Property of U.S. District Court
District of Rhode Island

RHODE ISLAND SHEE METAL WORKERS
LOCAL NO. 17 ANNUITY FUND

VS. C.A. NO. 05-452S

AIRPRO MECHANICAL

**JUDGMENT**

1. By agreement of the parties judgment is hereby entered for the plaintiff against the defendant in the amount of $24,300.82.

2. Plaintiff agrees to stay execution on said judgment and agrees that its recovery of any proceeds against defendant Airpro Mechanical Inc. is limited to the amounts received from the proof of claim filed in the receivership action entitled Steven Caldarone and Mark Valois vs. Airpro Mechanical Company Inc., C.A. No. 06-456.

**Enter:**

Justice

**Per Order:**

11/13/07

Clerk

**ASSENTED TO:**

Robert D. Goldberg (RI Bar #1733)
*Counsel for Plaintiff*
GOLDBERG LAW OFFICES
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355
Email: rgoldberg@goldberglawoffices.com

Thomas C. Plunkett (RI Bar #1662)
*Counsel for Defendant*
KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
Tel: (401) 831-2900
Fax: (401) 331-7123
Email: tplunkett@kprlaw.com